## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

---

|  |  |  |
|---|---|---|
| STEVE BALBOSE, | : | Civil Action No. 17-1830 (JMV) |
|  | : |  |
| Petitioner, | : |  |
|  | : |  |
| v. | : | **OPINION** |
|  | : |  |
| ORLANDO RODRIGUEZ, | : |  |
|  | : |  |
| Respondent. | : |  |

---

APPEARANCES:

STEVE BALBOSE
Elizabeth Detention Center
625 Evans Street
Elizabeth, NJ 07201
          Petitioner, *pro se*

DANIEL WILLIAM MEYLER
Office of the U.S. Attorney
District of New Jersey
970 Broad Street, Suite 700
Newark, NJ 07102
          On behalf of Respondent

**VAZQUEZ**, United States District Judge

Petitioner filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 on March 16, 2017. (ECF No. 1.) He alleges a violation of his right to due process based on prolonged detention in the custody of Immigration and Customs Enforcement. ("ICE"). (*Id.*) Petitioner is confined in, and he has been in custody since July 27, 2016. (*Id.*, at 2.)

Respondent submitted a letter response to the petition on April 10, 2017. (ECF No. 4.) Respondent does not object to a remand ordering an Immigration Judge to provide Petitioner with

a bond hearing, in accordance with 8 C.F.R. § 1003.19(c).  The Court will, therefore, grant the habeas petition and order Respondent to provide Petitioner with a bond hearing.  *See Chavez-Alvarez v. Warden York County Prison*, 783 F.3d 469, 478 (3d Cir. 2015) (due process requires that detention without bail pursuant to 8 U.S.C. § 1226(c) be limited to a reasonable period of time to further the goals of the detention statute.)


An appropriate Order follows.


Date: April 25, 2017
At Newark, New Jersey

s/ John Michael Vazquez
JOHN MICHAEL VAZQUEZ
United States District Judge